### (October 7, 1976)

■ STELLA MUI, Respondent, v JOHN MUI, Appellant.—Order and judgment (one paper), Supreme Court, New York County, entered on April 22, 1976, unanimously affirmed for the reasons stated in the decision dated March 4, 1976 by Kent, J., at Special Term and that plaintiff-respondent recover of defendant-appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Capozzoli, Lane and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAMES SIMMONS, Respondent, et al., Defendants.—Order, Supreme Court, New York County, entered on or about December 15, 1975, as resettled by order of said court entered on or about May 24, 1976, unanimously affirmed on opinion of Gorman, J., at Trial Term. Concur—Stevens, P. J., Markewich, Birns, Silverman and Capozzoli, JJ. [86 Misc 2d 737.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO FILION, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 5, 1976, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd [5]). No opinion. Concur—Stevens, P. J., Markewich, Birns, Silverman and Capozzoli, JJ.